NUMBER 13-07-00641-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LAURA JANE McCUMBER, Appellant,


v.



BRUCE McCUMBER, Appellee. 

 ____________________________________________________________


On appeal from the County Court 


of Live Oak County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam 


 Appellant, Laura Jane McCumber, pro se, appeals the trial court's judgment in a
forcible detainer action. We affirm the judgment of the trial court.

 Appellant's original brief in this matter was received by this Court on November 9,
2007. The Court notified appellant that her brief failed to comply with Texas Rule of
Appellate Procedure 38.1 and requested that she file an amended brief. See Tex. R. App.
P. 38.1. Appellant's amended brief was received by this Court on March 26, 2008. The
amended brief failed generally to comply with Rules 9.4 and 38.1 of the Texas Rules of
Appellate Procedure. See generally id. 9.4, 38.1. Accordingly, we directed appellant to
file an amended brief that complied with these rules within ten days from the date of that
notice. We informed appellant that if she filed another non-compliant brief, the Court might
strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed
to file a brief. See id. 38.9(a).

 Appellant filed a motion for extension of time to file her second amended brief, and
the Court received appellant's second amended brief on May 16, 2008. The Court grants
appellant's motion for extension of time and allows the untimely filing thereof; however,
appellant's second amended brief also fails to substantially comply with the appellate rules. 
See id. Specifically, appellant's redrawn brief fails to comply with Rule 38.1, which requires
that appellate briefs contain "argument for the contentions made, with appropriate citations
to authorities and to the record." See id. 38.1(h). Accordingly, we strike the brief, prohibit
appellant from filing another, and proceed as if appellant had failed to file a brief. See id.
38.9(a). 

 The rules of procedure provide that if an appellant's brief is not timely filed but "an
appellee's brief is filed, the court may regard that brief as correctly presenting the case and
may affirm the trial court's judgment upon that brief without considering the record." See
id. 38.8(a)(3). Appellee, Bruce McCumber, filed an appellee's brief in this cause on
December 27, 2007. We regard that brief as correctly presenting the case. See id. We
affirm the trial court's judgment upon that brief without the necessity of examining the
record. See id.; Cognata v. R. W. Johnson Constr. Co., No. 13-05-234-CR, 2006 Tex.
App. LEXIS 3037, *5-6 (Tex. App. Corpus Christi Apr. 13, 2006, pet. denied) (mem. op.).

 The judgment of the trial court is affirmed. 

 

 PER CURIAM


Memorandum Opinion delivered 

and filed this the 26th day of June, 2008.